Relations Commission denying compensation. The claimant alleges error in the Commission's denial of compensation because its award is not supported by sufficient, competent, and substantial evidence. The claimant also alleges error in the commission's denial of his application to submit additional evidence.

We have reviewed the parties' briefs and the record on appeal. We find the Commission's decision is supported by sufficient competent and substantial evidence on the whole record and no error of law appears. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum, for their information only, explaining the reasons for our decision.

The award is affirmed pursuant to Rule 84.16(b).

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, JR., and LAWRENCE E. MOONEY, JJ.

### ORDER

PER CURIAM.

Father, R.K., appeals from the judgment of the trial court terminating his parental rights to B.S., T.S., and N.S.

We have reviewed the record on appeal and find that the judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An opinion would have no precedential value. The parties, however, have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed. Rule 84.16(b).

■

**In the Interest of B.S., T.S. and N.S., Minors.**

**No. ED 83965.**

Missouri Court of Appeals,
Eastern District,
Division Three.

June 15, 2004.

John R. Bird, St. Louis, MO, for appellant.

Carol Kennedy Bader, St. Louis, MO, for respondent.

■

**Deborah DAUSTER, Respondent,**

v.

**TG MISSOURI CORPORATION, Appellant.**

**No. ED 83699.**

Missouri Court of Appeals,
Eastern District,
Division Five.

June 15, 2004.

Dale M. Weppner, Eric Kukowski, St. Louis, MO, for Appellant.